RECEIVED
IN LAKE CHARLES, LA.

APR 10 2015

TONY R. MOORE, CLERK
BY_____
              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANTONIO SCROGGINS, | * | CIVIL ACTION NO. 2:12-cv-1752 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| GEO GROUP INC., ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 40] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that plaintiff's complaint and hereby is **DISMISSED, IN PART, WITH PREJUDICE,** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this 9 day of April, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE